THOMAS S. HOGAN, Respondent, v. JOSEPHINE MEAKER, Appellant.— All concur. (Appeal from an order denying defendant's motion to serve an amended answer in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN WITTSTEIN and ARTHUR THOMASULO, Appellants.— Time for argument of appeals enlarged to include November, 1951, Term of this court, and certificates of reasonable doubt extended until the hearing and determination of the appeals, on condition that the original record and the printed brief for the appellant Arthur Thomasulo are filed and served on or before October 13, 1951.

## (October 31, 1951.)

In the Matter of the Estate of DANIEL M. EDWARDS, Deceased. SMITH AND SOVIK et al., Appellants; E. WINSTON RODORMER et al., as Trustees, et al., Respondents.— All concur. (Appeal from part of an order denying an application for an allowance for legal services.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

DONALD MILLER, by His Guardian ad Litem, CHARLOTTE MILLER, Respondent, v. OWENS-ILLINOIS GLASS CO., INC., Defendant, and JOS. SCHLITZ BREWING COMPANY, Appellant.— All concur. (Appeal from judgment for plaintiff in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.